**E-FILED**
Monday, 04 August, 2008  04:11:19 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) NO. 98-10029-001 |
| JILL L. PRESLEY | ) |
| Defendant, | ) |
| BEST WESTERN INTERNATIONAL, | ) |
| Garnishee. | ) |

**O R D E R**

The United States has applied for a Writ of Continuing Earnings Garnishment; and it appears to the Court that the requirements of 28 U.S.C. § 3205 are met and the proposed Writ conforms to the requirements of 28 U.S.C. § 3205(c)(2).

**THEREFORE IT IS ORDERED** that a Writ of Continuing Earnings Garnishment submitted by the government shall be issued.

    s/Joe B. McDade
Joe B. McDade
UNITED STATES DISTRICT JUDGE

**ENTERED:** This  4th  day of   August  , 2008.